MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiffs Ditech Financial LLC f/k/a Green Tree Servicing, LLC and Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTELOPE HOMEOWNERS' ASSOCIATION; and LEODEGARIO D. SALVADOR D/B/A GDS FINANCIAL,<br><br>Defendants. | Case No.: 2:17-cv-02029-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DITECH FINANCIAL LLC AND FEDERAL NATIONAL MORTGAGE ASSOCIATION TO RESPOND TO ANTELOPE HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS [ECF NO. 20]** |

Pursuant to LR 6-1 and 7-1, plaintiffs Ditech Financial LLC and Federal National Mortgage Association and Antelope Homeowners' Association (**Antelope**) agree and stipulate to extend the deadline for plaintiffs to Respond to Antelope's Motion to Dismiss [ECF No. 20] from September 13, 2017, to **September 27, 2017**. An extension is necessary to allow plaintiffs to sufficiently respond to Antelope's motion to dismiss [ECF No. 20].

. . .

. . .

. . .

1

42817958;1

This is the first request related to plaintiffs' response and the 14-day extension is not submitted for the purpose of delay or to cause undue prejudice to any party.

DATED this 11th day of September, 2017.

| **AKERMAN LLP** | **L**IPSOM, **N**EILSON, **C**OLE, **S**ELTZER & **G**ARIN, **P.C.** |
|---|---|
| By:/s/ *Vatana Lay* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> VATANA LAY, ESQ. <br> Nevada Bar No. 12993 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 | By: /s/ *David Markman* <br> J. WILLIAM EBERT, ESQ. <br> Nevada Bar No. 2697 <br> DAVID MARKMAN, ESQ. <br> Nevada Bar No. 12440 <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, Nevada 89144 |
| *Attorneys for Ditech Financial LLC and Federal National Mortgage Association* | *Attorneys for Antelope Homeowners' Association* |

**ORDER**

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
United States District Judge

September 12, 2017.
DATED

42817958;1