# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL, LLC, et al., | Case No. 2:17-cv-02029-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 33) |
| ANTELOPE HOMEOWNERS' ASSOCIATION, et al., | |
| Defendant(s). | |

Pending before the Court is a proposed discovery plan, indicating that Plaintiffs were unable to contact Defendant Salvador. Docket No. 33 at 1 n.1. Parties proceeding *pro se* must identify their address, phone number, and email address. *See* Local Rule IA 10-2.[1] Mr. Salvador's response to the complaint did not include all of this information. Docket No. 15. Accordingly, Mr. Salvador is hereby **ORDERED** to file a notice, no later than October 2, 2017, identifying his address, phone number, and email address. In addition, Mr. Salvador is hereby **ORDERED** to contact by telephone attorney Vantana Lay at 702-634-5000, no later than October 2, 2017, to coordinate a time and date for a Rule 26(f) conference. **Failure to comply with this order may result in the imposition of sanctions.**

---

[1] If any of that contact information changes, a notice must be filed and served with the new contact information. *See* Local Rule IA 3-1. Failure to comply may result in case-dispositive sanctions. *See id.*

1  The parties shall file a joint proposed discovery plan signed by all parties by October 9, 2017.

2  IT IS SO ORDERED.

3  DATED: September 21, 2017

4  _____
   NANCY J. KOPPE
   United States Magistrate Judge