# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL, LLC, et al., | Case No. 2:17-cv-02029-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 40) |
| ANTELOPE HOMEOWNERS' ASSOCIATION, et al., | |
| Defendant(s). | |

Pending before the Court is the parties' proposed discovery plan, Docket No. 40, which is hereby **DENIED**. First, the discovery plan fails to include the certifications required by the local rules. *See* Local Rule 26-1(b) (7), (8), and (9). Second, the discovery plan misstates the timing requirements for seeking an extension under Local Rule 26-4. Third, the discovery plan provides a deadline for initial disclosures at a date prior to the conference with Defendant Salvador, so it is unclear how he could meet that deadline. A discovery plan that complies with the local rules shall be filed by October 17, 2017.

IT IS SO ORDERED.

DATED: October 10, 2017

NANCY J. KOPPE
United States Magistrate Judge