UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DITECH FINANCIAL, LLC, et al., | ) | Case No. 2:17-cv-02029-RFB-NJK |
| Plaintiff(s), | ) ) | ORDER |
| vs. | ) ) | (Docket No. 45) |
| ANTELOPE HOMEOWNERS' ASSOCIATION, et al., | ) ) ) | |
| Defendant(s). | ) ) | |

Pending before the Court is an amended discovery plan submitted by Plaintiff and Defendant HOA. Docket No. 45. Defendant Leodegario D. Salvador d/b/a GDS Financial did not participate in that discovery plan. *See* Docket No. 45-1.

The Court hereby **SETS** deadlines as follows:

- Amend pleadings/ add parties: November 7, 2017
- Initial experts: December 7, 2017
- Interim status report: December 7, 2017
- Rebuttal experts: January 8, 2018
- Discovery cutoff: February 5, 2018
- Dispositive motions: March 7, 2018
- Joint proposed pretrial order: April 6, 2018

//

//

The discovery plan continues to misstate the timing requirements for seeking an extension under Local Rule 26-4, asserting that "any stipulation or motion regarding discovery" must be filed at least 21 days before the discovery cutoff. *See* Docket No. 45-1. The local rule requires that requests to extend must be filed at least 21 days before the subject deadline. To the extent the parties seek to extend the discovery cutoff itself and no previous deadlines, then they must seek that extension at least 21 days before the discovery cutoff. On the other hand, any request to extend any previous deadline must be filed at least 21 days before *that deadline*. For example, a request to extend the expert disclosure deadline must be filed at least 21 days before that deadline, and a request to extend that deadline filed 21 days before the discovery cutoff would be untimely.

IT IS SO ORDERED.

DATED: October 18, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge