1

2

3

4

5

6

7

8                                    **UNITED STATES DISTRICT COURT**

9                                          **DISTRICT OF NEVADA**

10    DITECH FINANCIAL, LLC, et al.,              )        Case No. 2:17-cv-02029-RFB-NJK
                                                  )
11                    Plaintiff(s),               )        ORDER
                                                  )
12    vs.                                         )
                                                  )
13    ANTELOPE HOMEOWNERS'                        )
      ASSOCIATION, et al.,                        )
14                                                )
                      Defendant(s).               )
15    _____         )

16            Plaintiff has represented that Defendant Leodegario D. Salvador d/b/a GDS Financial did not

17    participate in that preparation of the amended discovery plan. *See* Docket No. 45-1. Plaintiff is hereby

18    **ORDERED** to file a declaration attaching true and accurate copies of the emails identified in Docket

19    No. 45-1 by October 20, 2017.

20            IT IS SO ORDERED.

21            DATED: October 18, 2017

22                                                        _____
                                                          NANCY J. KOPPE
23                                                        United States Magistrate Judge

24

25

26

27

28