# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DITECH FINANCIAL, LLC, et al., | ) | Case No. 2:17-cv-02029-RFB-NJK |
| Plaintiff(s), | ) ) | ORDER |
| vs. | ) ) | |
| ANTELOPE HOMEOWNERS' ASSOCIATION, et al., | ) ) ) | |
| Defendant(s). | ) ) | |

Business entities may appear in federal court only through licensed counsel. *See Rowland v. Cal. Men's Colony*, 506 U.S. 194, 202 (1993); *see also United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Hence, an individual doing business as a corporate entity must obtain counsel. *See Lance v. Adams*, 2011 WL 1813061, at *3 (E.D. Cal. May 6, 2011); *see also Sobayo v. Caliber Home Loans, Inc.*, 2016 WL 6277233, at *4 (N.D. Cal. Oct. 27, 2016); *J&J Sports Prods., Inc. v. De La Cerda*, 2013 WL 1091697, at *2 (E.D. Cal. Mar. 14, 2013). Defendant Leodegario D. Salvador d/b/a GDS Financial is attempting to participate in this case *pro se*, Docket No. 12, which is not permissible. Accordingly, Defendant Leodegario D. Salvador d/b/a GDS Financial shall retain an attorney and have that attorney file a notice of appearance by November 8, 2017. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN CASE-DISPOSITIVE SANCTIONS.**

IT IS SO ORDERED.

DATED: October 18, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge