# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL, LLC, et al., | Case No. 2:17-cv-02029-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 48) |
| ANTELOPE HOMEOWNERS' ASSOCIATION, et al., | |
| Defendant(s). | |

Pending before the Court is an order for Defendant Leodegario D. Salvador d/b/a GDS Financial to show cause arising out of its non-participation in the preparation and filing of the amended discovery plan. Docket No. 48. Defendant has now filed a response, indicating that it is not required to participate in discovery since it is challenging the sufficiency of service and the Court does not have jurisdiction over it as a result. Docket No. 53. More specifically, Defendant contends that it "will have to wait for an order from this honorable court that it is ok for [it] to participate in the 'discovery stage.'" *id.* at 3. Defendant is wrong. "The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013) (quoting *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 554, 556 (D. Nev. 2011)). That remains true even where a defendant challenges service of process or personal jurisdiction. *See, e.g.*, *Kabo Tools Co. v. Porauto Indus. Co., Ltd.*, 2013 U.S. Dist. Lexis 156928, at *5 (D. Nev. Oct. 31, 2013) (citing *AMC Fabrication, Inc. v. KRD Trucking West, Inc.*, 2012 WL 4846152 (D. Nev. Oct. 10, 2012) and *Holiday Sys., Int'l of Nev. v. Vivarelli, Schwarz, & Assocs.*, 2012 WL

1 | 3860824 (D. Nev. Sept. 5, 2012)). Defendant has not shown and the Court has not found that it is
2 | permitted to avoid its discovery obligations. By default and without further Court order, Defendant was
3 | required to participate in the formulation and filing of the discovery plan, and is not exempted from
4 | complying with its discovery obligations moving forward.

Nonetheless, the Court declines to impose monetary sanctions at this time. The Court hereby **DISCHARGES** the order to show cause, but **CAUTIONS** Defendant Leodegario D. Salvador d/b/a GDS Financial that it is not permitted to avoid discovery moving forward.

IT IS SO ORDERED.

DATED: October 30, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge