1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

9   DITECH FINANCIAL, LLC, et al.,                )      Case No. 2:17-cv-02029-RFB-NJK
                                                   )
10              Plaintiff(s),                      )      ORDER
                                                   )
11   vs.                                           )      (Docket No. 54)
                                                   )
12   ANTELOPE HOMEOWNERS'                          )
     ASSOCIATION, et al.,                          )
13                                                 )
                Defendant(s).                      )
14   _____)

15          On October 18, 2017, the Court ordered Defendant Leodegario D. Salvador d/b/a GDS Financial

16   to retain an attorney by November 8, 2017.  Docket No. 49.  On October 27, 2017, Defendant filed a

17   response to the Court's order, arguing that it is not required to obtain an attorney as an individual doing

18   business as a corporate entity.  Docket No. 54.  The Court construes this filing as a motion for

19   reconsideration on the basis of legal error or manifest injustice.  *See* Local Rule 59-1(a).  As the Court's

20   prior order identified, Docket No. 49 at 1, several courts have similarly held that an individual doing

21   business as a corporate entity must obtain counsel, *see Lance v. Adams*, 2011 WL 1813061, at *3 (E.D.

22   Cal. May 6, 2011) (refusing to allow plaintiff to proceed *pro se* individual doing business as a corporate

23   entity); *see also Sobayo v. Caliber Home Loans, Inc.*, 2016 WL 6277233, at *1, 4 (N.D. Cal. Oct. 27,

24   2016) (same); *J&J Sports Prods., Inc. v. De La Cerda*, 2013 WL 1091697, at *2 (E.D. Cal. Mar. 14,

25   2013) (ordering defendants sued in both their individual capacities and as individuals doing business as

26   a corporate entity to obtain licensed counsel).  Defendant's motion to reconsider cites no legal authority

27   making a contrary holding.  The Court is not persuaded that it committed legal error in requiring

28   Defendant to retain licensed counsel and is not persuaded that there is manifest injustice.

Accordingly, the motion to reconsider is hereby **DENIED**.

IT IS SO ORDERED.

DATED: October 30, 2017

NANCY J. KOPPE
United States Magistrate Judge