**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DITECH FINANCIAL, LLC, et al., | ) | Case No. 2:17-cv-02029-RFB-NJK |
| Plaintiff(s), | ) | ORDER |
| vs. | ) | (Docket No. 59) |
| ANTELOPE HOMEOWNERS' ASSOCIATION, et al., | ) | |
| Defendant(s). | ) | |

Pending before the Court is Defendant Leodegario D. Salvador d/b/a GDS Financial's motion to reconsider. Docket No. 59. No later than November 17, 2017, Mr. Salvador shall file a declaration under penalty of perjury that (1) he owns all the assets of GDS Financial, (2) he owes all the liabilities of GDS Financial, and (3) that he operates GDS Financial in his personal capacity. *Cf.* Docket No. 59 at 2. To the extent any other party wishes to respond to the motion to reconsider, the deadline to do so is November 17, 2017.

While the motion to reconsider remains pending, the Court **VACATES** the deadline for Defendant to obtain counsel, and will reset that deadline as necessary in the future.

IT IS SO ORDERED.

DATED: November 9, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge