LIPSON NEILSON P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 – Facsimile
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for Defendant Antelope Homeowners Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ANTELOPE HOMEOWNERS' ASSOCIATION; and LEODEGARIO D. SALVADOR D/B/A GDS FINANCIAL,<br><br>Defendants. | CASE NO.: 2:17-cv-02029-RFB-NJK<br><br>**STIPULATION AND ORDER BETWEEN DITECH AND ANTELOPE TO EXTEND DEALINE FOR ANTELOPE HOA TO FILE RESPONSE TO DITECH'S MOTION FOR SUMMARY JUDGMENT (OR IN THE ALTERNATIVE JOINT MOTION)**<br><br>**(1st REQUEST)** |

Defendant ANTELOPE HOMEOWNERS' ASSOCIATION ("HOA"), Plaintiff DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC; and FEDERAL NATIONAL MORTGAGE ASSOCIATION, ("DITECH"), hereby stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant HOA to file their response to Plaintiff DITECH's Motion for Summary Judgment [Dkt. 73] shall be extended to **November 5, 2018**. The stipulating parties note that the court has previously granted a stipulated extension for dispositive motions to be filed on November 5, 2018, and the proposed date for the HOA's response coincides with that

date.  This request is made in good faith and not for purposes of delay.

The stipulating parties note that proper party defendant Leodegario D. Salvador is not a party to the stipulation, and therefore this request and stipulation should be treated as a joint motion by antelope homeowners Association and Ditech Financial LLC.

DATED this  15th  day of October, 2018.

| LIPSON NEILSON P.C. | AKERMAN, LLP |
|---|---|
| */s/ J. William Ebert*<br>By: _____<br>    J. William Ebert, Esq. (Bar No. 2697)<br>    David A. Markman, Esq. (Bar No. 12440)<br>    9900 Covington Cross Dr., Suite 120<br>    Las Vegas, NV 89144<br>    (702) 382-1500<br><br>*Attorneys for Defendant Antelope HOA* | */s/ Vatana Lay*<br>By: _____<br>    Melanie Morgan, Esq. (Bar No. 8215)<br>    Vatana Lay, Esq. (Bar No. 12993)<br>    1635 Village Center Circle Suite 200<br>    Las Vegas, NV 89134<br>    (702) 634-5000<br><br>*Attorneys for Plaintiff Ditech Financial, LLC f/k/a Green Tree Servicing LLC* |

**ORDER**

IT IS SO ORDERED.

DATED this  17th  day of October, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court

Respectfully Submitted by:

*/s/ J. William Ebert*
By: _____
    J. WILLIAM EBERT, ESQ. (Nevada Bar No. 2697)
    KAREN KAO, ESQ. (Nevada Bar No. 14386)
    9900 Covington Cross Drive, Suite 120
    Las Vegas, NV  89144
    *Attorneys for Defendant Antelope Homeowners' Association*

2