LIPSON NEILSON P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 – Facsimile
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for Defendant Antelope Homeowners Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ANTELOPE HOMEOWNERS' ASSOCIATION; and LEODEGARIO D. SALVADOR D/B/A GDS FINANCIAL,<br><br>Defendants. | CASE NO.: 2:17-cv-02029-RFB-NJK<br><br>**STIPULATION AND ORDER BETWEEN DITECH AND ANTELOPE TO EXTEND DISPOSITIVE MOTION DEADLINE (OR IN THE ALTERNATIVE JOINT MOTION)**<br><br>**(2nd REQUEST)** |

Defendant ANTELOPE HOMEOWNERS' ASSOCIATION ("HOA"), Plaintiff DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC; and FEDERAL NATIONAL MORTGAGE ASSOCIATION, ("DITECH"), hereby stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant HOA to file its respective dispositive motion and oppose Plaintiff DITECH's dispositive motion [Dkt. 73] shall be extended to **November 19, 2018**. The deadline to file Ditech's Opposition to HOA's dispositive motion and file Ditech's Reply brief shall be extended to **December 18, 2018**. The Parties' dispositive motions were originally due on November 5, 2018 [Dkt. 77]. HOA served discovery to Ditech on December 28, 2017, shortly

before the stay came into effect and agreed to give Ditech additional time to respond to HOA's discovery so that dispositive motions can be properly substantiated. Plaintiff is in the process of verifying its responses to HOA's written discovery. Therefore, the parties hereby stipulate to extend the time as a courtesy given the circumstances. This request is made in good faith and not for purposes of delay.

The Parties request that this stipulation be treated as a joint motion by Antelope Homeowners Association and Ditech Financial LLC.

DATED this __5th__ day of November, 2018.

| LIPSON NEILSON P.C. | AKERMAN, LLP |
|---|---|
| By: */s/ Karen Kao* <br> J. William Ebert, Esq. (Bar No. 2697) <br> David A. Markman, Esq. (Bar No. 12440) <br> 9900 Covington Cross Dr., Suite 120 <br> Las Vegas, NV 89144 <br> (702) 382-1500 <br><br> *Attorneys for Defendant Antelope HOA* | By: */s/ Vatana Lay* <br> Melanie Morgan, Esq. (Bar No. 8215) <br> Vatana Lay, Esq. (Bar No. 12993) <br> 1635 Village Center Circle Suite 200 <br> Las Vegas, NV 89134 <br> (702) 634-5000 <br><br> *Attorneys for Plaintiff Ditech Financial, LLC f/k/a Green Tree Servicing LLC* |

## **ORDER**

IT IS SO ORDERED.

DATED this __7th__ day of November, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully Submitted by:

By: __*/s/ Karen Kao*_____
J. WILLIAM EBERT, ESQ. (Nevada Bar No. 2697)
KAREN KAO, ESQ. (Nevada Bar No. 14386)
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
*Attorneys for Defendant Antelope Homeowners' Association*