1  LIPSON NEILSON P.C.
   J. WILLIAM EBERT, ESQ.
2  Nevada Bar No. 2697
   KAREN KAO, ESQ.
3  Nevada Bar No. 14386
   9900 Covington Cross Drive, Suite 120
4  Las Vegas, Nevada 89144
   (702) 382-1500 - Telephone
5  (702) 382-1512 – Facsimile
   bebert@lipsonneilson.com
6  kkao@lipsonneilson.com

7  *Attorneys for Defendant Antelope Homeowners Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ANTELOPE HOMEOWNERS' ASSOCIATION; and LEODEGARIO D. SALVADOR D/B/A GDS FINANCIAL,<br><br>Defendants. | CASE NO.: 2:17-cv-02029-RFB-NJK<br><br>**STIPULATION AND ORDER BETWEEN DITECH AND ANTELOPE TO EXTEND BRIEFING DEADLINES ON DISPOSITIVE MOTIONS (OR IN THE ALTERNATIVE JOINT MOTION)**<br><br>**(3rd REQUEST)** |

Defendant ANTELOPE HOMEOWNERS' ASSOCIATION ("HOA"), Plaintiff DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC; and FEDERAL NATIONAL MORTGAGE ASSOCIATION, ("DITECH"), hereby stipulate and agree as follows:

\ \ \

\ \ \

\ \ \

\ \ \

1

**CURRENT DATES**

Pursuant to the parties' Stipulation and Order to Extend Motion Deadline (Or in the Alternative Joint Motion) (Second Request) [ECF. 82], the current dispositive motion deadlines are as follows:

***Ditech's Motion for Summary Judgment***

1. Ditech filed a Motion for Summary Judgment on September 24, 2018 [ECF No. 73];

2. Antelope's Response to Ditech's Motion for Summary Judgment is presently due on November 19, 2018; and

3. Ditech's Reply is due on December 18, 2018.

***Antelope's Motion for Summary Judgment***

1. Antelope filed a Motion for Summary Judgment on November 19, 2018 [ECF No. 85];

2. Ditech's Response to Antelope's Motion for Summary Judgment is due on December 18, 2018; and

3. Antelope's Reply is presently due on January 2, 2019 (14 days from the filing of the Response is January 1, 2019, which is a judicial holiday).

IT IS HEREBY AGREED AND STIPULATED, that in order to consolidate the current briefing schedule, the time for Antelope to file its response to Ditech's Motion for Summary Judgment [ECF 73] should be continued to December 18, 2018, which is the current deadline for Ditech to respond to Antelope's motion [ECF. No. 85].

IT IS FURTHER STIPULATED AND AGREED that the parties will each have to and including January 18, 2019, in which to file their respective reply briefs.

This request is made in good faith and not for purposes of delay.

\ \ \

\ \ \

\ \ \

\ \ \

The Parties request that this stipulation be treated as a joint motion by Antelope Homeowners Association and Ditech Financial LLC.

DATED this __19th__ day of November, 2018.

| LIPSON NEILSON P.C. | AKERMAN, LLP |
|---|---|
| By: */s/ Karen Kao* <br>    J. William Ebert, Esq. (Bar No. 2697) <br>    Karen Kao, ESQ. <br> Nevada Bar No. 14386 <br>  (Bar No. 12440) <br>    9900 Covington Cross Dr., Suite 120 <br>    Las Vegas, NV 89144 <br>    (702) 382-1500 <br><br> *Attorneys for Defendant Antelope HOA* | By: */s/ Vatana Lay* <br>    Melanie Morgan, Esq. (Bar No. 8215) <br>    Vatana Lay, Esq. (Bar No. 12993) <br>    1635 Village Center Circle Suite 200 <br>    Las Vegas, NV 89134 <br>    (702) 634-5000 <br><br> *Attorneys for Plaintiff Ditech Financial, LLC f/k/a Green Tree Servicing LLC* |

## **ORDER**

Based on the foregoing stipulation of the parties,

IT IS SO ORDERED.

DATED this __20th__ day of November, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully Submitted by:

By: __/s/ Karen Kao__
    J. WILLIAM EBERT, ESQ. (Nevada Bar No. 2697)
    KAREN KAO, ESQ. (Nevada Bar No. 14386)
    9900 Covington Cross Drive, Suite 120
    Las Vegas, NV 89144
    *Attorneys for Defendant Antelope Homeowners' Association*